**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Kelly L. Stephens          POTTER STEWART U.S. COURTHOUSE          Tel. (513) 564-7000
Clerk                      CINCINNATI, OHIO 45202-3988             www.ca6.uscourts.gov

Filed:  March 27, 2026

Ms. Danielle Asher
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Jean Pierre Nogues III
Federal Community Defender Office
for the Eastern District of Michigan
613 Abbott Street
Suite 500
Detroit, MI 48226

          Re:  Case No. 26-1294
               *USA v. Kyle Wagner*
               Originating Case No. 2:26-cr-20059-1

Dear Counsel,

     This appeal has been docketed as case number **26-1294** with the caption that is enclosed on a separate page.

     Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

     At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **April 3, 2026**.  **Additionally, the transcript order must be completed by that date.  The court will review this case to determine if transcripts and briefing should be expedited.  If the court enters an expedited order, the deadlines for transcripts may be shortened.**  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:    Appearance of Counsel
              Application for Admission to 6th Circuit Bar (if applicable)


Appellee:    Appearance of Counsel
             Application for Admission to 6th Circuit Bar (if applicable)


More specific instructions are printed on each form.  If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **April 3, 2026**.  These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,


Appeal Case Manager: Virginia
Direct Dial No. 513-564-7032


Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-1294**

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

KYLE WAGNER

      Defendant - Appellee