**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: March 27, 2026

Ms. Danielle Asher
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Jean Pierre Nogues III
Federal Community Defender Office
for the Eastern District of Michigan
613 Abbott Street
Suite 500
Detroit, MI 48226

　　　Re:  Case No. 26-1294
　　　　　*USA v. Kyle Wagner*
　　　　　Originating Case No. 2:26-cr-20059-1

Dear Counsel,

　　The court requests the appellees' file a response to the Government's emergency motion by 5:00 p.m. on Monday, March 30, 2026. The Government may file a reply to the response no later than 5:00 p.m. Tuesday, March 31, 2026.

　　Your immediate attention to this matter is appreciated.

　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　Appeal Case Manager: Virginia
　　　　　　　　　　　　Direct Dial No. 513-564-7032