No. 26-1294

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Apr 3, 2026

KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) O R D E R |
| v. | ) |
| | ) |
| KYLE WAGNER, | ) |
| | ) |
| Defendant-Appellee. | ) |

Before: NORRIS, BLOOMEKATZ, and HERMANDORFER, Circuit Judges.

A grand jury in the Eastern District of Michigan indicted Kyle Wagner for one count of cyberstalking, 18 U.S.C. § 2261A(2), and one count of interstate communications involving threats, *id.* § 875(c). A magistrate judge initially ordered Wagner detained. Following a hearing and argument on the detention factors, *see id.* § 3142(g), the district court ordered Wagner released pretrial subject to a series a of conditions. The Government appealed the district court's release order and has sought a stay of that order pending appeal.

Applying the stay factors at the present juncture, *see Nken v. Holder*, 556 U.S. 418, 426 (2009), we conclude that the Government is likely to prevail in arguing that Wagner warrants continued detention under 18 U.S.C. § 3142(e)(1), and that, on balance, the other stay factors also weigh in its favor. We therefore grant the Government's motion to stay the district court's order releasing Wagner. The effect of the stay is that the magistrate judge's detention order remains operative. Consistent with this Court's duty to promptly decide the appeal from the district court's

No. 26-1294

release order, *see* Fed. R. App. P. 9(a)(2), we direct the Clerk of the Court to establish an expedited briefing schedule.

Judge BLOOMEKATZ would deny the Government's motion for a stay.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk